**Wilfredo RODRIGUEZ, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2008–3234.

United States Court of Appeals, Federal Circuit.

May 30, 2008.

James W. Poirier, Department of Justice, Jo Ann Chabot, Office of Personnel Management, Washington, DC, for Respondent.

Michael A. Steinberg, Michael A. Steinberg & Associates, Tampa, FL, for Petitioner.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.